

FILED
CLERK, U.S. DISTRICT COURT
October 16, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IV SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. 2:16-cv-07153-SJO-MRW<br><br>[State Complaint No. BC 630193 Filed: August 11, 2016]<br><br>Hon. James Otero<br><br>**JUDGMENT**<br><br>Hearing Date: Vacated per FRCP 78(b)<br>Hearing Time: Vacated per FRCP 78(b)<br>Courtroom: 10C |

| | |
|---|---|
| 1 | The Court, having granted Defendant PacifiCare Life and Health Insurance |
| 2 | Company's ("PacifiCare") Motion for Summary Judgment, orders as follows: |
| 3 | **IT IS ORDERED, ADJUDGED AND DECREED THAT:** |
| 4 | 1. Judgment shall be entered in favor of PacifiCare and against Plaintiff |
| 5 | IV Solutions, Inc. ("IVS"); |
| 6 | 2. IVS shall take nothing by this action; |
| 7 | 3. The Court dismisses the above-captioned action with prejudice; and |
| 8 | 4. PacifiCare shall recover its costs. |

**IT IS SO ORDERED.**

*S. James Otero*

Dated: October 16, 2017

Hon. James Otero
United States District Judge

## PROOF OF SERVICE

I, Debra A. Jackson, state:

My business address is 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**[PROPOSED] JUDGMENT**

on the following person(s) in this action:

*Counsel for Plaintiff IV Solutions:*

> Marc E. Rohatiner (SBN. 82709)
> mrohatiner@wrslawyers.com
> Eric Levinrad (SBN 169025)
> elevinrad@wrslawyers.com
> WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
> 11400 W. Olympic Blvd., 9th Floor
> Los Angeles, CA 90064-1582
> 310-478-4100
> Fax: 310-479-1422

☒ BY FIRST CLASS MAIL: I am employed in the County of Orange County where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☒ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 13, 2017, at Irvine, California.

_____
Debra A. Jackson